**Order entered April 27, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00218-CR

### EX PARTE DEMOND WAYLON JONES

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-83350-2020**

## ORDER

Before the Court is the Collin County District Clerk's April 23, 2021 request for an extension of time to file the clerk's record. We **GRANT** the request and **ORDER** the clerk's record filed by May 24, 2021.

On April 21, 2021, court reporter Karla Kimbrell informed the Court that this case was submitted without a hearing on the record; therefore, no reporter's record will be filed. The following day, Kristin Brown filed an appearance of counsel. We **DIRECT** the Clerk to list Kristin Brown as counsel for appellant. All future correspondence shall be sent to Ms. Brown at the address on file with the Court.

We **ORDER** appellant's brief due by June 14, 2021. We **ORDER** the State's brief due by July 5, 2021. If appellant desires to file a reply brief, it must be filed within ten days after the filing of the State's brief. After the record and briefs are filed, the Court will notify the parties by letter of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin N. Smith, Presiding Judge, 380th Judicial District Court; Karla Kimbrell, official court reporter, 380th Judicial District Court; Lynne Finley, Collin County District Clerk; Demond Waylon Jones; and counsel for the parties.


/s/     LANA MYERS
        JUSTICE